IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-00328-LTB CBS

UNITED FIRE & CASUALTY COMPANY,
an Iowa corporation,

    Plaintiff,

v.

CONTRACTOR HEATING, INC.,
a Colorado corporation,
JOSE RUBEN MEDRANO,
KAREN LOVER,
Individually and as Parent and Next Friend of the Lover Infant Child,
JUSTIN LOVER,
COLE BRANDT,
CHELSEA ALFIERI
CENTURA HEALTH CORPORATION,
a Colorado corporation, and
COLORADO FARM BUREAU MUTUAL INSURANCE COMPANY,
a Colorado corporation,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Motion to Suspend Discovery Deadlines Pending Resolution of Contractor Heating's Motion to Dismiss [filed April 2, 2008; doc. 30] is ***denied***. Counsel shall meet all the deadlines set in the Order Setting Rule 16(b) Scheduling Conference and Rule 26(f) Planning Meeting (*doc. 22*). Counsel shall discuss further discovery beyond that set in the order at the Scheduling Conference set for April 29, 2008.

**DATED:**    April 8, 2008