# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.   08-CV-00328-LTB-CBS

| | |
|---|---|
| UNITED FIRE & CASUALTY COMPANY, an Iowa corporation | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| CONTRACTOR HEATING, INC., a Colorado corporation, JOSE RUBEN MEDRANO, KAREN LOVER, Individually and as Parent and Next Friend of the Lover Infant Child, JUSTIN LOVER; COLE BRANDT, CHELSEA ALFIERI, CENTURA HEALTH CORPORATION, a Colorado corporation, and COLORADO FARM BUREAU MUTUAL INSURANCE COMPANY, a Colorado corporation | ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**ORDER GRANTING UNOPPOSED MOTION FOR STIPULATED DISMISSAL OF CENTURA HEALTH CORPORATION**

THIS MATTER is before the Court on Centura Health Corporation ("Centura") Unopposed Motion for Stipulated Dismissal of Centura Health Corporation. The Court, having considered the stipulated and unopposed Motion and being sufficiently informed, hereby GRANTS the same. Plaintiff's claims against or involving Centura herein are hereby Dismissed Without Prejudice. Defendant Centura will be bound by the final determination of United Fire and Casualty Company's declaratory judgment claim, just as if Centura had remained a party herein.  The outcome of United

Fire and Casualty Company's declaratory judgment action shall not affect the existence and validity of Centura's hospital lien against Chelsea Alfieri.  Centura shall each assume and pay its own attorneys' fees and costs.

  **SO ORDERED.**

Done this   9th   day of     April    , 2008.


                                                                         s/Lewis T. Babcock                       
                                                                United States District Court Judge