IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-00328-LTB CBS

UNITED FIRE & CASUALTY COMPANY,
an Iowa corporation,

    Plaintiff,

v.

CONTRACTOR HEATING, INC.,
a Colorado corporation,
JOSE RUBEN MEDRANO,
KAREN LOVER,
Individually and as Parent and Next Friend of the Lover Infant Child,
JUSTIN LOVER,
COLE BRANDT,
CHELSEA ALFIERI, and
COLORADO FARM BUREAU MUTUAL INSURANCE COMPANY,
a Colorado corporation,

    Defendants.

---

# MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    THIS MATTER COMES before the court on various motions filed by the Plaintiff on May 19, 2008.

    IT IS HEREBY ORDERED that Plaintiff's Motion for Order to Compel Production of Rule 26(a)(1) Documents is **DENIED** as unnecessary. While docketed as a motion, the document is actually a proposed order and should have been filed as an attachment to the motion.

    IT IS FURTHER ORDERED that Plaintiff's Motion to Compel Production of Rule 26(a)(1) Documents from Defendant Contractor Heating, Inc. (*doc. no. 47)* is **DENIED** without prejudice. Counsel are reminded that this court does not permit the filing of a disputed discovery motion unless and until counsel fully comply with Rule 7.1 A *and* this court's practice standards, as explained during the Rule 16(b) scheduling conference on April 29, 2008.

IT IS FURTHER ORDERED that Plaintiff's Motion to Compel Production of Rule 26(a)(1) Documents from Defendant Contractor Heating, Inc. (*doc. no.49)* (docketed as "Motion to Amend/Correct/Modify Plaintiff's Motion to Compel Production") is **DENIED** as moot.

IT IS FURTHER ORDERED that a telephonic discovery conference will be held on **May 28, 2008 at 10:00 a.m. (Mountain Time)**. Counsel shall create a conference call, then contact the Court at (303) 844-2117 to participate in the hearing.

**DATED:** May 19, 2008