IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-00328-LTB CBS

UNITED FIRE & CASUALTY COMPANY,
an Iowa corporation,

    Plaintiff,

v.

CONTRACTOR HEATING, INC.,
a Colorado corporation,
JOSE RUBEN MEDRANO,
KAREN LOVER,
Individually and as Parent and Next Friend of the Lover Infant Child,
JUSTIN LOVER,
COLE BRANDT,
CHELSEA ALFIERI, and
COLORADO FARM BUREAU MUTUAL INSURANCE COMPANY,
a Colorado corporation,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Defendants Lover's Motion for Exclusion From Telephonic Conference (*doc. no. 51*) is **GRANTED**. Counsel for Defendants Karen Lover and Justin Lover is excused from participating in the May 28, 2008 conference.

**DATED:** May 22, 2008